## LINCOLN BUILDING ASSOCIATES *v.* BARR ET AL., DOING BUSINESS AS SWIM FOR HEALTH ASSOCIATION.

No. 128.   Decided October 14, 1957.

*Max Freund* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

## COTTRELL *v.* PAWCATUCK COMPANY (FORMERLY C. B. COTTRELL & SONS CO.) ET AL.

No. 316.   Decided October 14, 1957.

*Edward J. Ennis* for appellant.

*Henry M. Canby* for the Pawcatuck Company et al. and *David F. Anderson* for the Harris-Seybold Company et al., appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.